Antonio WEBB, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74456.

Missouri Court of Appeals,
Western District.

June 18, 2013.

Richard A. Starnes, Jefferson City, MO, for appellant.

Frederick Ernst, Kansas City, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, JJ.

ORDER

PER CURIAM.

Antonio Webb appeals the judgment denying his Rule 29.15 motion after he was convicted of second-degree murder and armed criminal action for the shooting death of his wife. Webb contends he was entitled to post-conviction relief because his trial counsel was ineffective in failing to: (1) object to the State's expert witness's opinion regarding the range from which the gun was shot, and (2) provide a defense expert with additional documents relating to Webb's mental health. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).

Chadd M. COWANS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75074.

Missouri Court of Appeals,
Western District.

June 18, 2013.

Frederick Ernst, Kansas City, MO, for Appellant.

Dora Fichter, Jefferson City, MO, for Respondent.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

ORDER

PER CURIAM:

Mr. Chadd M. Cowans appeals the trial court's judgment denying a Rule 24.035 motion for post-conviction relief after an evidentiary hearing. He alleges ineffective assistance of counsel because he contends plea counsel failed to advise him concerning a potential self-defense claim.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).